**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD A. HERMAN,<br>[DOB:   04/08/1970]<br><br>        Defendant. | No. _____<br><br>**COUNT ONE:**<br>*Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT:   5 Years' Imprisonment<br>NMT:  40 Years' Imprisonment<br>NMT:  $5,000,000 Fine<br>NLT:   4 Years' Supervised Release<br>Class B Felony<br><br>**COUNT TWO:**<br>*Possession of Firearms in Furtherance of a Drug Trafficking Crime*<br>18 U.S.C. §§ 924(c)(1)(A)(i)<br>NLT:   5 Years' Imprisonment (Consecutive)<br>NMT:  Life Imprisonment (Consecutive)<br>NMT:  $250,000 Fine<br>NMT:  5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT THREE:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT:  10 Years' Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT FOUR:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT:  10 Years' Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT FIVE:**<br>*Possession of an Unregistered Firearm*<br>26 U.S.C. §§ 5841, 5861(d), and 5871<br>NMT:  10 Years' Imprisonment<br>NMT:  $10,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony |

**COUNT SIX:**
*Felon in Possession of Firearms*
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT:  10 Years' Imprisonment
NMT:  $250,000 Fine
NMT:  3 Years' Supervised Release
Class C Felony

Plus a $100 Special Assessment for each Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual)*

On or about March 24, 2020, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*

On or about March 24, 2020, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, in furtherance of and during and in relation to a drug trafficking crime, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, as charged in Count One, did knowingly possess firearms, to wit: a Taurus, model G2, 9mm semi-automatic handgun, serial number THP36433; a Michigan Armament .380 caliber handgun, serial number G38150; and a FMK Firearms, .40 caliber semi-automatic handgun, serial number 4A0173, in violation of the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
*Felon in Possession of a Firearm*

On or about March 24, 2020, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Taurus, model G2, 9mm semi-automatic handgun, serial number THP36433; a Michigan Armament .380 caliber handgun, serial number G38150; and a FMK Firearms, .40 caliber semi-automatic handgun, serial number 4A0173, which had been transported in interstate commerce, in violation of the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR
*Felon in Possession of a Firearm*

On or about December 22, 2019, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a 12 gauge shotgun with a defaced serial number, which had been transported in interstate commerce, in violation of the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE
*Possession of an Unregistered Firearm*

On or about December 22, 2019, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, received and possessed a shotgun having a barrel of less than 18 inches in length, to wit: a 12 gauge shotgun with a defaced serial number, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

# COUNT SIX
## *Felon in Possession of Firearms*

On or about March 3, 2017, in the Western District of Missouri, the defendant, RICHARD A. HERMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger, model P91, .40 caliber semi-automatic handgun, serial number 30429913, which had been transported in interstate commerce, in violation of the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

4/30/2021
DATE

*/s/ Kathleen Shaw*
FOREPERSON OF THE GRAND JURY

*/s/ Brandon E. Gibson*
Brandon E. Gibson
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri